UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MARQUETTE,<br><br>    Plaintiff,<br><br>    v.<br><br>NEGOUCHI, et al.,<br><br>    Defendants. | No. 2:14-cv-1790 MCE DAD P<br><br><br><br>ORDER |

Plaintiff has requested an extension of time to submit the documents for service pursuant to the court's order of October 2, 2014. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff motion for an extension of time (Docket No. 21) is granted.

2. Plaintiff is granted ninety days from the date of this order in which to submit the necessary documents for service of process.

3. Plaintiff's previously filed motions for extensions of time (Docket Nos. 19 and 20) are denied as moot.

Dated: December 2, 2014

_[signature]_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

hm
marq1790.eot