UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT MARQUETTE,

        Plaintiff,

  v.

NEGOUCHI, et al.,

        Defendants.

No.  2:14-cv-1790 MCE DAD P

ORDER

Plaintiff is a prisoner proceeding pro se and in forma pauperis.  Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

On January 7, 2015, the court ordered the United States Marshal to serve the complaint on several defendants.  Process directed to defendant Gonzales was returned unserved with a note indicating the Marshal's Office is "unable to identify, too many Gonzales's."  (ECF No. 34.)  Accordingly, plaintiff must provide additional information to assist in serving this defendant.  Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff.  If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an instruction sheet and a copy of the complaint filed July 29, 2014.

     2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

     a. One completed USM-285 form for each defendant;

     b. Two copies of the endorsed complaint filed July 29, 2014; and

     c. One completed summons form (if not previously provided) or show good cause why he cannot provide such information.

Dated: March 16, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

hm
marq1790.8e

1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11                                              | No.
12          Plaintiff,
13     v.                                       | NOTICE OF SUBMISSION OF DOCUMENTS
14
15          Defendant.
16

17     Plaintiff hereby submits the following documents in compliance with the court's order

18  filed _____ :

19       ____       completed summons form

20       ____       completed USM-285 forms

21       ____       copies of the _____

22                              Complaint

23  DATED:

24
25
26
27                                              _____

28                                              Plaintiff

3