UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MARQUETTE, | No. 2:14-cv-01790 MCE DAD P |
| Plaintiff, | |
| v. | ORDER |
| NEGOUCHI, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 29, 2015, the magistrate judge filed Findings and Recommendations (ECF No. 53) that were served on all parties and contained notice that any objections to the Findings and Recommendations were to be filed within fourteen days. No party has filed objections to the Findings and Recommendations.

Although it appears from the file that Plaintiff's copy of the findings and recommendations was returned as undeliverable, Plaintiff was properly served. It is Plaintiff's responsibility to keep the Court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

///

1

The Court has reviewed the file and finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed July 29, 2015 (ECF No. 53) are ADOPTED IN FULL.

2. Plaintiff's Motion for a Preliminary Injunction (ECF No. 26) is DENIED as moot.

IT IS SO ORDERED.

Dated: September 18, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT